Case 3:01-cr-00257-RNC    Document 365    Filed 12/14/2004    Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. BONITA JOHNSON

Docket No. 3:01CR00257(RNC)

**FILED DEC 14** (stamp)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bonita Johnson, who was sentenced to 5 years probation for a violation of 18 U.S.C. § 371, Bank Fraud, by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut, on August 8, 2002, who fixed the period of probation at 5 years which commenced on August 8, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will serve the first four months of her term of probation confined to her home with electronic monitoring; 2) The defendant will pay restitution in the total amount of $11,250 at a rate of $100 per month beginning September 1, 2002, interest on the restitution is waived; 3) The defendant will participate in a program of substance abuse monitoring, counseling and treatment under the direction of the U.S. Probation Office; and 4) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the U.S. Probation Office.

On December 11, 2002, the defendant's probation was revoked and she was sentenced to 5 months imprisonment and a 2 year term of supervised release which commenced on May 9, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Condition Violated

Standard Condition: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

On August 31, 2004, Ms. Johnson was directed to continue to report to the U.S. Probation Office on a weekly basis. The defendant has not returned to the Probation Office since September 10, 2004. Attempts to locate Ms. Johnson in the community have been unsuccessful. The defendant has failed to report as instructed and is considered an absconder.

### Charge No. 2 - Condition Violated

Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."

A urine specimen rendered by Ms. Johnson on September 10, 2004, tested positive for marijuana. Since she cannot be located in the community, she has not complied with further testing or treatment.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued, the period of supervision be tolled, and that Ms. Johnson be brought before the Court to show cause why her supervised release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 14 day of DEC, 2004 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By _Sandra L. Hunt_
United States Probation Officer

Place: Hartford, CT
Date: 12/14/04

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 14 day of December, 2004, at Hartford, Connecticut, U.S. Probation Officer Sandra L. Hunt appeared and upon oath, stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge