AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

DISTRICT OF __Connecticut__

FILED
2005 JAN 19 P 3:39
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

V.

__Bonita Johnson__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: __3:01 CR 257 (RNC)__

I, __Bonita Johnson__, charged in a (complaint) (petition) pending in this District with __Violation of Supervised Release__

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by ~~Rule 5 or~~ Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (~~examination~~) (hearing).

__Bonita Johnson__
Defendant

__1/19/05__
Date

__[signature]__
Counsel for Defendant
Jonathan J. Einhorn