UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 FEB 10 P 3: 56
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CASE NO. 3:01CR257(RNC) |
| | : |
| BONITA JOHNSON | : |

<u>ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE</u>

On August 8, 2002, this Court sentenced the defendant for conspiracy to commit bank fraud to a term of incarceration of time served to be followed by probation for a term of 5 years.

On December 11, 2002, the Court found that the defendant had violated mandatory and standard conditions of her probation.

Accordingly, the sentence of probation was revoked and the defendant was sentenced to incarceration for five months followed by supervised release for two years.

At a hearing on February 9, 2005, the defendant admitted that she had failed to report to the probation office as required and had smoked marijuana. Based on the entire record, including the defendant's admissions, the Court finds that the defendant has violated standard and mandatory conditions of her supervised release.

Accordingly, it is hereby ordered that the sentence of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a period of five (5) months. The Court recommends to the Bureau of Prisons that the defendant be designated to serve her term of incarceration at a facility as close to New Haven Connecticut as possible to facilitate family visits;

and that payments toward her restitution obligation be made through the Inmate Financial Responsibility Program.

So ordered.

Dated at Hartford, Connecticut this 10th day of February 2005.

                                         _____
                                         Robert N. Chatigny
                                         United States District Judge